FINLEY *v.* WIDNER.[1]

APPEAL—DENIAL OF NEW TRIAL—REVIEW.

To present a case for review under Act No. 134, Pub. Acts 1893, empowering the Supreme Court to review orders overruling motions for new trial, a statement of the reasons given by the circuit judge for his ruling must be incorporated in the bill of exceptions.

Error to Alpena; Kelley, J. Submitted April 5, 1898. Decided May 6, 1898.

Case by William Finley against John A. Widner for slander. From a judgment for plaintiff, defendant brings error. Affirmed.

*Dafoe & Gustin,* for appellant.

*J. D. Turnbull,* for appellee.

LONG, J. This case was in this court at the January term, 1897, and the judgment reversed, and cause remanded for another trial. 112 Mich. 230. The cause has again been tried, resulting in verdict and judgment in favor of plaintiff for $450. Defendant brings error. It is an action of slander, brought upon certain words spoken by defendant of and concerning the plaintiff. The facts are stated in the former opinion, and the cause has been tried in accordance with the rules laid down in that opinion.

After the trial and entry of judgment, the defendant moved for a new trial. This was refused, and we think there is nothing in the record calling for discussion except this motion. We have carefully examined the other questions, and find no error. It is unnecessary to set out the

[1] Rehearing denied June 28, 1898.

grounds for a new trial, or what the affidavits upon which the motion is based purport to show, as we find, upon an examination of the record, that the court below gave no reasons for the denial of the motion. Act No. 134, Pub. Acts 1893, gives this court power to review orders overruling motions for new trial. Under the act these proceedings are to be incorporated into the bill of exceptions, "including the reasons given by the trial judge in refusing to grant said new trial. Exceptions may be taken and error assigned on the decision of the circuit judge in refusing such motion, and the same shall be reviewed by the Supreme Court." Here no reasons were given by the circuit judge, and consequently no exceptions could be taken. There is, therefore, nothing in the record relating to the motion for new trial for this court to review. This construction was given to this statute in *McRae* v. *Garth Lumber Co.*, 102 Mich. 488, and has since been followed.

The judgment must be affirmed.

The other Justices concurred.